IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTINE MEYER,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY J. PRINCIPI,<br>Secretary of the Department<br>of Veterans Affairs,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 04-166 |

**ORDER**

AND NOW, this 26th day of July, 2006, after the plaintiff, Christine Meyer, filed an action in the above-captioned case, and after a Motion for Summary Judgment was submitted by the defendant, Anthony J. Principi, Secretary of the Department of Veterans Affairs, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties ten days after being served with a copy to file written objections thereto, and upon consideration of the objections filed by plaintiff, and upon independent review of the motion and the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the defendant's Motion for Summary Judgment [Docket No. 49] is GRANTED.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if the plaintiff desires to appeal from this Order she must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed.R.App.P.

GARY L. LANCASTER
United States District Judge

cc: Honorable Amy Reynolds Hay
United States Magistrate Judge

Neal A. Sanders, Esquire
Dirk D. Beuth, Esquire
Law Office of Neal Alan Sanders
1924 North Main Street Extension
Butler, PA 16001

Paul E. Skirtich
Assistant United States Attorney
Office of United States Attorney
Suite 400, U.S. Post Office & Courthouse
700 Grant Street
Pittsburgh, PA 15219